UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

## TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY APPLYING 11 U.S.C. § 362

NOW COMES James B. Angell, Trustee in the above-named case (hereinafter "Trustee"), and objects to the Motion for Relief From Stay Applying 11 U.S.C. § 362 filed by Kimberly A. Sheek on behalf of Saxon Mortgage Services, Inc. Servicer for Deutsche Bank National Trust Company, as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, and objects on the following basis:

The Trustee has not been able to determine the value of the property in question because the 341 meeting has not yet been held in the above-referenced case.

Dated: **FEB 1 6 2010**

James B. Angell
State Bar No. 12844
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY APPLYING 11 U.S.C. § 362** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or as indicated below:

| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>Post Office Box 3758<br>Wilson, North Carolina 27894-3758 | Kimberly A. Sheek<br>8520 Cliff Cameron Drive, Suite 300<br>Charlotte, NC 28269 |
|---|---|
| Kevin Joseph Strickland<br>Po Box 220<br>Burgaw, NC 28425 | |

Dated: FEB 1 6 2010

Carly S. Coe, Paralegal
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703