**VAN–056** Order Continuing Stay in Effect and Setting Hearing – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kevin Joseph Strickland
 *( debtor has no known aliases )*

PO Box 220
Burgaw, NC 28425

CASE NO.: 10–00560–8–JRL

DATE FILED: January 26, 2010

CHAPTER: 7

ORDER CONTINUING STAY IN EFFECT
AND SETTING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:      Wednesday, March 31, 2010
TIME:      09:30 AM
PLACE:     Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

to consider and act on the following matters:

 Motion For Adequate Protection, Motion For Relief From Stay filed by Kimberly A. Sheek on behalf of
Saxon Mortgage Services, Inc.

IT IS FURTHER ORDERED that, with consent of the movant, the automatic stay shall remain in effect until
the date of the hearing.

DATED: February 17, 2010

J. Rich Leonard
United States Bankruptcy Judge