United States Bankruptcy Court
Eastern District of North Carolina
Wilson Division

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10-00560-8-JRL |
| | ) | |
| **Strickland, Kevin Joseph** | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

## MOTION TO SHOW CAUSE WHY THE DEBTOR'S CASE SHOULD NOT BE DISMISSED

Now comes the Bankruptcy Administrator for the Eastern District of North Carolina, by and through her undersigned counsel, and moves the Court to enter an order that the Debtor(s) appear and show cause why this case should not be dismissed for failure to abide by the Order and Notice to the Debtor, and in support thereof, shows unto the Court the following:

1. The Debtor(s) filed a Chapter 7 petition on January 26, 2010. The Debtor was served with the Court's Order and Notice to Debtor which directs the Debtor(s) to provide the Bankruptcy Administrator with pay advices for the 60 days prior to filing and a copy of the most recent federal income tax return filed or a written statement that the documents do not exist.

2. The Debtor(s) has failed to provide some or all of the documents as directed by the Court in the Order and Notice to Debtor.

3. This is the 1st motion to appear and show cause in which the Debtor's counsel has been involved in the last 12 months.

**WHEREFORE**, based on the foregoing, the Bankruptcy Administrator prays the Court for the entry of an order directing the Debtor(s) to appear and show cause why this case should not be dismissed due to the Debtor's willful violation of the Court's Order.

Respectfully submitted February 25, 2010

                                                          Marjorie K. Lynch
                                                          U.S. Bankruptcy Administrator

                                                       **s/ Marjorie K. Lynch**
                                       By: Marjorie K. Lynch
                                           U.S. Bankruptcy Administrator

Eastern District of North Carolina
Post Office Box 3758
Wilson, North Carolina 27895-3758
(252) 237-6854

**CERTIFICATE OF SERVICE**

I, Amanda L. Gaster, of Post Office Box 3758, Wilson, North Carolina, 27895-3758, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Motion electronically upon counsel of record, the trustee and on the Debtor by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed as follows:

Strickland, Kevin Joseph
PO Box 220
Burgaw, NC  28425

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2010

 **s/ Amanda L. Gaster**
Amanda L. Gaster
Administrative Assistant
Bankruptcy Administrator's Office
Eastern District of North Carolina
Post Office Box 3758
Wilson, North Carolina 27895-3758