UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO MOTION TO LIFT AUTOMATIC STAY

NOW COMES James B. Angell, Chapter 7 Trustee in the above-named case, and withdraws his Objection to Motion to Lift Automatic Stay previously filed in this case on February 16, 2010.

DATED: MAR 3 0 2010

James B. Angell
State Bar No.: 12844
Howard, Stallings, From & Hutson, P.A.
Post Office Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **TRUSTEE'S WITHDRAWAL OF OBJECTION TO MOTION TO LIFT AUTOMATIC STAY** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

| | |
|---|---|
| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>Post Office Box 3758<br>Wilson, North Carolina 27894-3758 | Kevin Joseph Strickland<br>PO Box 220<br>Burgaw, NC 28425 |
| Kimberly A. Sheek<br>8520 Cliff Cameron Drive, Suite 300<br>Charlotte, NC 28269 | |

Dated: MAR 3 0 2010

Carly S. Coe, Paralegal
Howard, Stallings, From & Hutson, P.A.
Post Office Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703