**SO ORDERED.**

**SIGNED this 01 day of April, 2010.**

_____
**J. Rich Leonard**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN RE:

**KEVIN JOSEPH STRICKLAND**

**10-00560-8-JRL**
**CHAPTER 7**

»

### ORDER GRANTING RELIEF FROM
### AUTOMATIC STAY

**THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina upon the motion of Saxon Mortgage Services, Inc. for relief from the automatic stay regarding the Debtor's real property located at 317 Pilot House Dr, Myrtle Beach, SC 29577;

**AND IT FURTHER APPEARING** that for good cause shown relief from the automatic stay should be granted to Saxon Mortgage Services, Inc., or any successor-in-interest, with respect to the Debtor's real property located at 317 Pilot House Dr, Myrtle Beach, SC 29577;

**WHEREFORE, IT IS HEREBY ORDERED** that Saxon Mortgage Services, Inc., or any successor-in-interest, shall be granted relief from the automatic stay and may proceed with foreclosure of the Debtor's real property located at 317 Pilot House Dr, Myrtle Beach, SC 29577;

**IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Bankruptcy Code is not applicable and Saxon Mortgage Services, Inc. may immediately enforce and implement this order granting relief from the automatic stay.

**IT IS FURTHER ORDERED** that the Movant is granted relief from the automatic stay to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement.

10-000879

End of Document