**SO ORDERED.**

**SIGNED this 09 day of April, 2010.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO. |
|---|---|
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO FILE OBJECTIONS TO EXEMPTIONS**

    THIS CAUSE, coming before the undersigned Judge presiding upon the Trustee's Motion to Extend Time in which to file objections to the Debtor's claims of exemptions and for good cause shown;

    The time in which the Trustee may file objections to the Debtor's claims of exemptions is hereby extended up to and including Monday, June 7, 2010.

END OF DOCUMENT