UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

**TRUSTEE'S MOTION TO EXTEND TIME TO FILE
A COMPLAINT OBJECTING TO DISCHARGE**

NOW COMES James B. Angell, Chapter 7 Trustee in the above referenced case ("Trustee") and moves the Court for an Order Extending Time in which to file an Objection to Discharge, and in support of same, shows unto the Court the following:

Debtor is a disbarred attorney. There appear to be issues relating to trust accounts and the Debtor has already made substantial admissions by omitting creditors on his bankruptcy schedules.

WHEREFORE, THE TRUSTEE PRAYS FOR THE FOLLOWING RELIEF:

1. That the time in which the Trustee may file a complaint objecting to discharge to be extended ninety (90) days to Thursday, August 5, 2010.

2. For such other and further relief as is just and proper.

DATED: MAY 0 7 2010

James B. Angell
State Bar No. 12844
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO. |
|---|---|
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **TRUSTEE'S MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown or as indicated below:

| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>Post Office Box 3758<br>Wilson, North Carolina 27894-3758 | Kevin Joseph Strickland<br>Po Box 220<br>Burgaw, NC 28425 |
|---|---|

DATED:   MAY 0 7 2010

Carly S. Coe, Paralegal
P.O. Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703