**SO ORDERED.**

**SIGNED this 10 day of May, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 10-560-8-JRL** |
| KEVIN JOSEPH STRICKLAND, ) | **CHAPTER 7** |
| ) | |
| Debtor. ) | |

### ORDER EXTENDING TIME TO OBJECT TO DISCHARGEABILITY OF DEBTS

THIS MATTER coming on to be heard upon Motion of First Federal Savings & Loan Association of Charleston ("First Federal"), a party in interest, and it appearing to the Court that the party has requested additional time whereby it may object to the dischargeability owed to it by the Debtor, and for good cause shown therein;

IT IS HEREBY ORDERED that the time for First Federal to file objections to the dischargeability of debts owed to it by the Debtor should be and is hereby extended to and including the 7th day of June, 2010.

END OF DOCUMENT

HTPL: 424766 v1