**SO ORDERED.**

**SIGNED this 12 day of May, 2010.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

THIS CAUSE, coming before the undersigned Judge presiding upon the Trustee's Motion to Extend Time in Which to Object to Discharge and for good cause shown;

The time in which the Trustee may file a complaint objecting to the discharge is hereby extended up and until August 5, 2010.

END OF DOCUMENT