VAN–075 Deficiency Notice – Rev. 05/19/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kevin Joseph Strickland
PO Box 220
Burgaw, NC 28425

CASE NO.: 10–00560–8–JRL

DATE FILED: January 26, 2010

CHAPTER: 7

### DEFICIENCY NOTICE

To: Oliver Carter III

Re: Motion To Extend Time To Object To Dischargeability, filed by Oliver Carter III on behalf of Norwood and Judy Blanchard Responses due by 06/24/2010. (Carter, Oliver)

Either a proposed order was not submitted, or the order submitted has been rejected. An order should be submitted or resubmitted no later than **June 24, 2010** . Failure to do so may result in the court assuming you no longer desire the relief requested.

- ☐ An order granting the relief requested was not submitted as required by Local Rule 5005–4(4).
- ☐ The order submitted is not legible.
- ☐ The order was submitted as an attachment to the motion or as a part of the motion. The order should be submitted separately through Order Upload.
- ☐ The order does not have a 3" top margin.
- ☐ The order includes a date and/or signature line for the judge's signature.
- ☐ The order was uploaded into an incorrect case.
- ☐ The exhibit referenced in the order is not attached.
- ☐ "End of Document" was not included on the last line of the order.
- ☒ The order uploaded into CM/ECF in connection with the referenced matter is incorrect. The correct order should be uploaded as a replacement of the order previously submitted.
- ☐ "End of Document" is on a separate page. It must be on the same page as the last line of the order.
- ☐ The consent order does not indicate that signatures of all parties have been obtained.
- ☐ Signatures on the scanned copy of the consent order are not legible.
- ☐ The order contains a blank(s) for insertion of text.

DATED: June 8, 2010

Teresa Artis
Deputy Clerk