**SO ORDERED.**

**SIGNED this 11 day of June, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| Kevin Joseph Strickland | 10-00560-8-JRL |
| **DEBTOR** | |

**O R D E R**

The matter before the court is the motion to extend time to object to dischargeability of debts filed by Norwood and Judy Blanchard.

The court finds that the deadline set by the court for filing complaints expired on May 7, 2010. The Blanchards' motion to extend the time was filed on June 7, 2010. Bankruptcy Rule 4007(c) states that "The motion shall be filed before the time has expired." Inasmuch as the Blanchards' motion to extend time was not timely filed, the motion is denied.

"End of Document"