CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.
FILED
2010 JUN 28 PM 12: 02

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: |
| | ) | |
| KEVIN JOSEPH STRICKLAND | ) | 10-00560-8-JRL |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

### DEBTOR'S RESPONSE TO MOTION TO MODIFY STAY OF U.S. BANK, NATIONAL ASSOCIATION

NOW COMES Kevin Joseph Strickland, Debtor in the above-named case (hereinafter "Debtor"), and response to the Motion to Modify Stay filed by U.S. Bank, National Association on June 14, 2010, as follows:

1. The Debtor objects to any modification of stay in that the property secured by the Note and Deed of Trust held by the movant has a value greater than the debt owed to the movant.

2. That the movant will not suffer irreparable harm should automatic stay remain in place.

3. The Debtor will provide an affidavit regarding any issue raised in this contested matter in accordance with the Federal Rules of Evidence.

Dated: June 25, 2010

Kevin Joseph Strickland, Debtor
PO Box 220
Burgaw, NC 28425
Telephone: (910)604-1422
Email: kjsreal@hotmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: |
| | ) | |
| KEVIN JOSEPH STRICKLAND | ) | 10-00560-8-JRL |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, as the undersigned Debtor in the above captioned matter hereby certify that on the 25th day of June, 2010, I served a copy of the Debtor's Response to Motion to Modify Stay by depositing the same, enclosed in a postpaid, properly addressed envelope, in an official depository under the exclusive care and custody of the United State Postal Service, said envelope being addressed as follows:

Rogers Townsend & Thomas
Attn: Mr. Matthew McKee
2701 Coltsgate Road, Suite 300
Charlotte, NC 28211

James B. Angell, Esquire
PO Box 12347
Raleigh, NC 27605

Krista R. Strickland
PO Box 220
Burgaw, NC 28425

Kevin Joseph Strickland, Debtor
PO Box 220
Burgaw, NC 28425
Telephone: (910)604-1422
Email: kjsreal@hotmail.com