UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

## TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY APPLYING 11 U.S.C. § 362

NOW COMES James B. Angell, Trustee in the above-named case (hereinafter "Trustee"), and objects to the Motion for Relief From Stay Applying 11 U.S.C. § 362 filed by Yadkin Valley Bank and Trust Company and objects on the following basis:

The Trustee objects on the basis that any determination of claims against the Debtor, to be binding on the estate, should be subject to 11 U.S.C. §502 and Fed. R. Bankr. P. §3007.

Dated: July 1, 2010

James B. Angell
State Bar No. 12844
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| KEVIN JOSEPH STRICKLAND | 10-00560-8-JRL |
| DEBTOR | CHAPTER 7 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY APPLYING 11 U.S.C. § 362** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or as indicated below:

| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>Post Office Box 3758<br>Wilson, North Carolina 27894-3758 | John C. Bircher, III<br>1319 Commerce Drive<br>New Ber, NC 28562 |
|---|---|
| Kevin Joseph Strickland<br>Po Box 220<br>Burgaw, NC 28425 | |

Dated: JUL 0 1 2010

*/s/ Carly S. Coe*
Carly S. Coe, Paralegal
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703