VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kevin Joseph Strickland
  ( debtor has no known aliases )
PO Box 220
Burgaw, NC 28425

CASE NO.: 10–00560–8–JRL

DATE FILED: January 26, 2010

CHAPTER: 7

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Tuesday, July 13, 2010
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Motion For Relief From Stay filed by John C. Bircher III on behalf of Yadkin Valley Bank and Trust Company

and to transact all other business as may properly come before the court.

DATED: July 2, 2010

                                        Stephanie J. Edmondson
                                        Clerk of Court