VAN–118 Notice of Hearing Date Change – Rev. 07/02/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kevin Joseph Strickland
 *( debtor has no known aliases )*
PO Box 220
Burgaw, NC 28425

CASE NO.: 10–00560–8–JRL

DATE FILED: January 26, 2010

CHAPTER: 7

NOTICE OF HEARING CHANGE

NOTICE IS HEREBY GIVEN that the hearing(s) scheduled for July 21, 2010, have been rescheduled for July 20, 2010. The time and location remains the same.

DATED: July 2, 2010

Stephanie J. Edmondson
Clerk of Court