**VAN–057** Notice to Creditors and Other Parties In Interest – Rev. 07/25/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kevin Joseph Strickland
*( debtor has no known aliases )*
PO Box 220
Burgaw, NC 28425

CASE NO.: 10–00560–8–JRL

DATE FILED: January 26, 2010

CHAPTER: 7

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   Wednesday, August 11, 2010
TIME:   10:30 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Motion For Relief From Stay filed by John W. Bowers on behalf of First Federal Savings & Loan Association of Charleston

and to transact all other business as may properly come before the court.

DATED: July 30, 2010

Stephanie J. Edmondson
Clerk of Court